**Dismissed and Memorandum Opinion filed November 1, 2022.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

### NO. 14-22-00134-CV

## LANCE  MICHAEL  JOHNSON, Appellant

### V.

## TERONNA JOHNSON, Appellee

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-45623**

## MEMORANDUM  OPINION

This appeal is from a final decree of divorce signed December 30, 2021. The clerk's record was filed on April 25, 2022. The reporter's record was filed on May 23, 2022. On August 18, 2022 this court (1) granted a motion to withdraw as counsel filed by the attorney for appellant Lance Michael Johnson, leaving Johnson to proceed pro se and (2) ordered Johnson to file his brief by August 22, 2022.

On September 15, 2022, this court ordered Johnson to file a brief on or before October 17, 2022, and gave Johnson notice that if he did not comply the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.